JS-6

1
2
3
4
5
6
7
8                    **UNITED STATES DISTRICT COURT**

9        **CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

10

11  JOVANE LEONARD, individually,        Case No. 2:18-CV-09782-CJC (FFMx)

12              Plaintiff,              *[Assigned to The Hon. Cormac J.*
                                       *Carney, Magistrate Judge, Frederick F.*
13        v.                           *Mumm]*

14  CITY OF SANTA MONICA, a            **ORDER RE DISMISSAL OF**
    Governmental entity; SPOKES N'     **DEFENDANT CITY OF SANTA**
15  STUFF, INC., a domestic stock      **MONICA AND THE ENTIRE**
    Corporation; JOEY HARRIS, an       **ACTION WITH PREJUDICE**
16  individual; EDWIN DAVID
    IXTABALAN GARCIA, an individual;
17  KYLE CRANE, an individual; JASON
    OLSON, an individual; PHILLIP DE
18  RYCK, an individual; and DOES 1
    through 10, individually
19
              Defendant.
20

21

22          PURSUANT TO THE STIPULATION OF THE PARTIES ("Stipulation re

23  Dismissal of Defendant City of Santa Monica and Entire Action with Prejudice"), and

24  pursuant to the Court's inherent and statutory authority, including but not limited to the

25  Court's authority under the applicable Federal Rules of Civil Procedure and the United

26  States District Court, Central District of California Local Rules; after due consideration

27  of all of the relevant pleadings, papers, and records in this action; and upon such other

28

evidence or argument as was presented to the Court; Good Cause appearing therefor, and in furtherance of the interests of justice:

**<u>ORDER DISMISSING PLAINTIFF'S CLAIMS AND ENTIRE CIVIL ACTION WITH PREJUDICE.</u>**

1. The Court hereby Orders the dismissal with prejudice of all plaintiff's claims against defendant CITY OF SANTA MONICA in their entirety.

2. To the extent that plaintiff alleges any other claims against any other parties or DOES in this action, the Court hereby Orders the dismissal with prejudice of any and all such claims and causes of action.

3. The Court hereby Orders the dismissal with prejudice of the **entire action** – including all claims by plaintiff against any and all defendants, DOES and/or parties thereto, including all remaining claims/causes of action against any parties to the above entitled lawsuit.

4. It is further Ordered, that pursuant to the stipulation between plaintiff and defendant CITY OF SANTA MONICA, that this dismissal constitutes a mutual waiver of all costs, court fees, and attorneys' fees arising out of any and all claims between plaintiff and defendant.

**IT IS SO ORDERED.**

Dated: December 16, 2019

_____
HONORABLE CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE